Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

**Case No. 16−33286−maw**

**In re:**

| | |
|---|---|
| Jeffrey Brian Horner<br>PO Box 85<br>Cairo, OH 45820 | Sheramy Sue Horner<br>PO Box 85<br>Cairo, OH 45820 |

**Social Security No.:**

xxx−xx−2417    xxx−xx−6268

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ William L. Swope is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** February 6, 2018    /s/ Mary Ann Whipple
Form ohnb136a    United States Bankruptcy Judge